DIANE S. DOUGLAS, APPELLANT, V. MARK A. DOUGLAS, APPELLEE.

466 N.W.2d 521

Filed March 8, 1991. No. 89-011.

Sandra Hernandez Frantz for appellant.

Paul E. Galter, of Bauer, Galter & O'Brien, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

Having considered the briefs and the recommendation of the Appellate Division of the District Court and upon a de novo review of the record, we find that there is insufficient evidence in the record to sustain the district court's modification of the decree, and its judgment is reversed and the application for modification is dismissed. Appellant is awarded the sum of $300 to be applied to her attorney fees, to be paid by the appellee.

REVERSED AND DISMISSED.